IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | |
| NEFTALI VERGARA CRUZ | CASE NO. 10-12013 MCF |
| WANDA IVETTE RODRIGUEZ ALEMAN | Chapter 13 |
| Debtor(s) | |
| BANCO SANTANDER DE PUERTO RICO | |
| Movant | |
| NEFTALI VERGARA CRUZ | **FILED & ENTERED ON 10/19/2011** |
| WANDA IVETTE RODRIGUEZ ALEMAN | |
| ALEJANDRO OLIVERAS RIVERA ,TRUSTEE | |
| Respondent(s) | |

## ORDER

Upon debtors' consent (see answer, docket entry #38), the motion for relief of stay filed by Banco Santander De Puerto Rico is hereby granted.

SO ORDERED.

San Juan, Puerto Rico, this 19 day of October, 2011.

*Mildred Cabán*

Mildred Caban Flores
U.S. Bankruptcy Judge

C: DEBTOR
ROBERTO FIGUEROA CARRASQUILLO
ALEJANDRO OLIVERAS RIVERA
BANCO SANTANDER DE PUERTO RICO